### In re McConnell.

Evans, P. J. Applying the principles announced in *Carson* v. *Ennis*, ante, 726, the judgment of contempt was void, and is vacated.

*Judgment reversed. All the Justices concur.*

April 12, 1917.

Rule for contempt. Before Judge Fite. Walker superior court. June 24, 1916.

*Shattuck & Shattuck, Earl Jackson, Paul D. Wright,* and *Barry Wright,* for plaintiff in error.